IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case No.: 14-cv-20-bbc

$2,802.00 U.S. CURRENCY,

        Defendant.

---

## ORDER OF DEFAULT JUDGMENT

    The United States of America, by its attorney, John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture *in rem* against the defendant $2,802.00 U.S. currency.

    The complaint alleges that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance, was proceeds traceable to such an exchange, or was money used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq.* As such, these funds are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

    Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant currency. Notice of the forfeiture complaint was also published on the official internet government forfeiture

site www.forfeiture.gov from March 4, 2014, through April 2, 2014. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a default judgment to be entered,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the defendant $2,802.00 U.S. currency, is conveyed to the Plaintiff, United States of America.

2. The United States Marshal for the Western District of Wisconsin is directed to dispose of the defendant currency in accordance with federal law.

DATED: June 20, 2014

BY THE COURT:

BARBARA B. CRABB
United States District Judge

Entered this 23d day of June 2014.

PETER OPPENEER, Clerk of Court
United States District Court